

FILED
GREAT FALLS
2009 NOV 23  AM 11 15
PATRICK E. DUFFY, CLERK
BY _____
　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JOHN O. COPELTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONAL CORPORATION<br>OF AMERICA, et al.,<br><br>　　　　　　Defendants. | No. CV 09-19-GF-SEH<br><br>**ORDER** |

On October 21, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 11.

-1-

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

Plaintiff's claim for equal protection and Americans with Disabilities Act claims are DISMISSED for failure to state a claim.

DATED this 23rd day of November, 2009.

SAM E. HADDON
United States District Judge