

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JOHN O. COPELTON,<br><br>                Plaintiff,<br><br>vs.<br><br>CORRECTIONAL CORPORATION<br>OF AMERICA, et al.,<br><br>                Defendants. | No. CV 09-19-GF-SEH<br><br>**ORDER** |

On December 15, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. On December 15, 2009, a Notice of Change of Address was filed by Plaintiff. On December 21, 2009, the Findings and Recommendation were returned undelivered and re-mailed to the

---

[1] Docket No. 20.

address provided by Plaintiff on December 15, 2009. On December 28, 2009, the Findings and Recommendation were again returned undelivered as "INMATE OUT TO COURT."[2] Plaintiff is required to "IMMEDIATELY ADVISE the Court and opposing counsel of any change of address and its effective date." (Findings and Recommendation of United States Magistrate Judge, p. 23 (Oct. 21, 2009).) No additional change of address notice has been filed. No objections have been filed.

No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Preliminary Injunction[3] is DENIED AS MOOT.

2. The clerk shall send a copy of this Order to: Sean Mahoney, CFO,

---

[2] Docket No. 22.

[3] Docket No. 9.

103 Farrar Farm Road, Norwell, Massachusetts 02061 and Chad E. Adams, Browning, Kaleczyc, Berry & Hoven, P.O. Box 1697, Helena, MT 59624-1697.

DATED this 12th day of January, 2010.

SAM E. HADDON
United States District Judge