# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JOHN O. COPELTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONAL CORPORATION<br>OF AMERICA, et al,<br><br>　　　　　　Defendants. | No. CV-09-19-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter on April 21, 2010. Plaintiff filed objections on April 29, 2010. The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 46

ORDERED:

1. Defendant Warden Sam Law and Defendant Correction Corporation of America's Motion to Dismiss Plaintiff's Claims for Injunctive and/or Declaratory Relief[2] is GRANTED. All claims for injunctive and declaratory relief and all requests for criminal punishment are DISMISSED.

2. Plaintiff's Motion for Default Judgment[3] is DENIED.

DATED this 25th day of May, 2010.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Document No. 24

[3] Document No. 40