

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| JOHN O. COPELTON,<br><br>                Plaintiff,<br><br>vs.<br><br>CORRECTIONAL CORPORATION OF AMERICA, et al,<br><br>                Defendants. | No. CV-09-19-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter on November 5, 2010. Plaintiff filed objections on November 24, 2010.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 82

[2] Document No. 84

ORDERED:

1. Defendant Carol Bowen and Defendant Piper Heinrich's Motion for Summary Judgment[2] is GRANTED.

2. The Court *sua sponte* grants summary judgment in favor of Defendant Warden Sam Law and Defendant Crossroads Correctional Center with respect to all remaining claims against them.

3. Plaintiff's Complaint[3] is DISMISSED with prejudice.

4. The Clerk is directed to enter judgment accordingly.

5. Any appeal from this disposition will not be taken in good faith as the claims asserted in the Complaint are frivolous. Fed. R. App. P. 24(a)(3).

DATED this 1st day of December, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document No. 72

[3] Document No. 2